Clayton Walker, AK Bar No. 0001002
Alaska Law Offices, Inc.
240 E Tudor Road, Suite 230
Anchorage, AK  99503
PH: (907) 375-9250 / FX: (907) 375-9228
chwalker@aloinc.com

Attorney for Philip Weidner

IN THE UNDITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs<br><br>PHILIP WEIDNER, PHILIP P. WEIDNER<br>FAMILY LIMITED PARTNERSHIP,<br>MATANUSKA-SUSITNA BOROUGH, and<br>KENAI PENINSULA BOROUGH<br>　　　　Defendants. | CASE NO.: 3:21-cv-00239-JWS |

## ENTRY OF APPEARANCE

The undersigned hereby enters an appearance as an attorney of record for Defendant PHILIP WEIDNER, and requests that all pleadings filed in the above-captioned action be sent to the undersigned at 240 E Tudor Road, Suite 230, Anchorage, AK  99503, telephone: (907) 375-9250 and email: chwalker@aloinc.com.

DATED in Anchorage, Alaska this 26th day of October 2021.

　　　　　　　　　　　　　　　ALASKA LAW OFFICES, INC.
　　　　　　　　　　　　　　　Attorney for Philip Weidner

　　　　　　　　　　　　　　　　/s/ Clayton Walker, Jr.
　　　　　　　　　　　　　　　Clayton Walker, Jr.; AK Bar No. 0001002

*United States of America vs. Philip Weidner, et al*　　　3:21-cv-00239-JWS
Entry of Appearance　　　Page **1** of **2**

Case 3:21-cv-00239-JWS   Document 4   Filed 10/26/21   Page 1 of 2

**CERTIFICATE OF SERVICE**
This certifies that on this 26th day of October 2021 a true and correct copy of the foregoing document was filed and served through the Court's ECF system and on the following:

Matthew P. Uhalde, Trial Attorney, Tax Division
US Department of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044
matthew.p.uhalde@usdoj.gov

      /s/ Liza Consbruck
Liza Consbruck, CRP
Paralegal

Alaska Law Offices
240 E. Tudor Road, Suite 230
Anchorage, AK 99503
Phone – (907) 375-9226
Fax – (907) 375-9228

*United States of America vs. Philip Weidner, et al*     3:21-cv-00239-JWS
Entry of Appearance     Page **2** of **2**

Case 3:21-cv-00239-JWS    Document 4    Filed 10/26/21    Page 2 of 2