IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

PHILIP WEIDNER, *et al.*,

           Defendants.

Case No. 3:21-cv-00239-SLG

**ORDER RE REPORT OF SALE AND CONSENT MOTION TO CONFIRM SALE AND DISTRIBUTE FUNDS FROM COURT REGISTRY**

Before the Court at Docket 19 is the United States' consent motion to confirm the sale of real property (titled Properties 8, 10, 11, and 12 in the consent judgment) and distribute the sale proceeds from the Court's registry. Upon consideration of the motion, and noting that the motion is signed by all parties, the Court ORDERS as follows:

1. The motion is GRANTED;

2. The sale of the subject properties, which are fully described in the consent judgment as Properties 8, 10, 11, and 12, is confirmed;

3. The IRS shall issue the deeds for the subject properties;

4. The Clerk of Court shall distribute the $835,500 sale proceeds held in the Court's registry as follows:

| Order of Priority | Recipient | Amount | Payable to | Satisfaction of |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $6,840.56 | Patricia Davis<br>Internal Revenue Service<br>500 W. 12th Street, Room 110<br>Vancouver, WA 98660 | Sale Costs |
| 2 | Matanuska-Susitna Borough | $5,726.84 | Matanuska-Susitna Borough Collections Office<br>350 E. Dahlia Ave<br>Palmer, AK 99645 | Property Tax Lien |
| 2 | Kenai Peninsula Borough | $12,947.92 | Kenai Peninsula Borough Property Tax Collections Office<br>144 North Binkley St<br>Soldotna, AK 99669 | Property Tax Lien |
| 3 | United States Department of Justice | $809,984.68 | U.S. Department of Justice[1]<br>ATTN: TAXFLU, 11th Floor<br>1275 First St NE Room 11206<br>Washington, DC 20002 | Federal Tax Lien |

5. The Clerk of Court shall transfer all remaining funds on deposit in connection with this case to an interest-bearing account with the Court Registry Investment System. All future funds deposited in connection with this case shall also be deposited into that interest-bearing account.

DATED this 2nd day of August, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] The check mailed to the Justice Department should reference *United States v. Phillip Weidner*.

Case No. 3:21-cv-00239-SLG, *USA v. Weidner, et al.*
Order re Report of Sale and Consent Motion to Confirm Sale and Distribute Funds from Court Registry
Page 2 of 2