# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PHILIP WEIDNER, *et al.*,

        Defendants.

Case No. 3:21-cv-00239-SLG

## ORDER RE FUNDS DEPOSITED WITH THE COURT REGISTRY INVESTMENT SYSTEM

The Court granted the parties' request that funds remaining after distribution to satisfy federal and state liens be invested in into an interest-bearing account with Court Registry Investment System ("CRIS").[1]

Fees for this case's investment in CRIS shall be governed as outlined by the District of Alaska's Miscellaneous General Order 15-04:

1. The custodian of the funds is authorized and directed to deduct the investment services fee for the management of investments in the CRIS and the registry fee for maintaining accounts deposited with the Court;

2. The investment services fee is assessed from interest earnings to the pool according to the Court's Miscellaneous Fee Schedule and is to be assessed before a pro rata distribution of earnings to court cases; and

---

[1] Dkt. 20.

3. The registry fee shall be assessed by the custodian from each case's pro rata distribution of the earnings and is to be determined on the basis of the rates published by the Director of the Administrative Office of the United States Courts as approved by the Judicial Conference of the United States.

IT IS SO ORDERED.

DATED this 9th day of August, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00239-SLG, USA v. Weidner, *et al.*
Order re Funds Deposited with Court Registry Investment System
Page 2 of 2
Case 3:21-cv-00239-SLG   Document 21   Filed 08/09/23   Page 2 of 2