# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PHILIP WEIDNER, *et al.*,

        Defendants.

Case No. 3:21-cv-00239-SLG

## ORDER RE CONSENT MOTION FOR DISBURSEMENT OF FUNDS

Before the Court at Docket 22 is the United States' consent motion to confirm the sale of real property (titled Properties 4, 6, and 9 in the consent judgment) and distribute the sale proceeds from the Court's registry. Upon consideration of the motion, and noting that the motion is signed by all parties, the Court ORDERS as follows:

1. The motion is GRANTED;

2. The sale of the subject properties, which are fully described in the consent judgment as Properties 4, 6, and 9, is confirmed;

3. The IRS shall issue the deeds for the subject properties;

4. The Clerk of Court shall distribute the $99,800 sale proceeds held in the Court's registry as follows:

| Order of Priority | Recipient | Amount | Payable to | Satisfaction of |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $3,542.80 | Patricia Davis<br>Internal Revenue Service<br>500 W. 12th Street, Room 110 | Sale Costs |

| | | | Vancouver, WA 98660 | |
|---|---|---|---|---|
| 2 | United States Department of Justice | $96,257.20 | U.S. Department of Justice[1]<br>ATTN: TAXFLU, 11th Floor<br>1275 First St NE Room 11206<br>Washington, DC 20002 | Federal Tax Lien |

DATED this 20th day of September 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] The check mailed to the Justice Department should reference *United States v. Phillip Weidner*.

Case No. 3:21-cv-00239-SLG, *USA v. Weidner, et al.*
Order re Consent Motion for Disbursement of Funds
Page 2 of 2