IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| PHILIP WEIDNER, *et al.*, | Case No. 3:21-cv-00239-SLG |
| Defendants. | |

**AMENDED ORDER RE CONSENT MOTION FOR DISBURSEMENT OF FUNDS**

Before the Court at Docket 22 is the United States' consent motion to confirm the sale of real property (titled Properties 4, 6, and 9 in the consent judgment) and distribute the sale proceeds from the Court's registry. All funds in this case have been invested in CRIS as outlined in the order at Docket 20. Upon consideration of the motion, and noting that the motion is signed by all parties, the Court ORDERS as follows:

1. The motion is GRANTED;

2. The sale of the subject properties, which are fully described in the consent judgment as Properties 4, 6, and 9, is confirmed;

3. The IRS shall issue the deeds for the subject properties;

4. The Clerk of Court shall withdraw from CRIS and deposit into the court registry the sum of $99,800 and distribute as outlined below:

| Order of Priority | Recipient | Amount | Payable to | Satisfaction of |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $3,542.80 | Patricia Davis<br>Internal Revenue Service<br>500 W. 12th Street, Room 110<br>Vancouver, WA 98660 | Sale Costs |

| 2 | United States Department of Justice | $96,257.20 | U.S. Department of Justice[1] ATTN: TAXFLU, 11th Floor 1275 First St NE Room 11206 Washington, DC 20002 | Federal Tax Lien |

DATED this 12th day of October, 2023 at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[1] The check mailed to the Justice Department should reference *United States v. Phillip Weidner*.

Case No. 3:21-cv-00239-SLG, *USA v. Weidner, et al.*
Amended Order re Consent Motion for Disbursement of Funds
Page 2 of 2